OPINION — AG — **** CITY AUDIT — FILING — STATE AUDITOR **** A CITY OR TOWN MUST FILE CERTIFIED COPIES OF ITS AUDITS WITH THE STATE AUDITOR WITHIN NINE MONTHS AFTER THE CLOSE OF THE FISCAL YEAR IN WHICH THEY MUST FIRST MAKE AN AUDIT ACCORDING TO THE SCHEDULE SET OUT IN 11 O.S. 1968 Supp., 20.2 [11-20.2], AND EVERY YEAR THEREAFTER. CITE: 11 O.S. 1968 Supp., 20.4 [11-20.4], 68 O.S. 1961 24102 [68-24102] 68 O.S. 1961 24103 [68-24103] (TIM LEONARD)